UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ERIC TODD JOHNSON                                   CASE NO. 20-10817
   RITA ANN ROUTH JOHNSON                     JUDGE BENJAMIN A. KAHN
   1537 ACADEMY RD EXT
   FRANKLINVILLE, NC  27248

        DEBTORS

SSN(1) XXX-XX-2636     SSN(2) XXX-XX-4350          DATE:  12/17/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AARONS SALES & LEASE<br>ATTN BANKRUPTCY<br>P O BOX 100039<br>KENNESAW, GA  30156 | $0.00<br>INT: .00%<br>NAME ID: 171231<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3588<br>COMMENT: |
| AARONS SALES & LEASE<br>ATTN BANKRUPTCY<br>P O BOX 100039<br>KENNESAW, GA  30156 | $0.00<br>INT: .00%<br>NAME ID: 171231<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3424<br>COMMENT: |
| AFS/ AMERIFINANCIAL SOLUTIONS LLC<br>ATTN BANKRUPTCY DEPT<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 182026<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| AFS/ AMERIFINANCIAL SOLUTIONS LLC<br>ATTN BANKRUPTCY DEPT<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 182026<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| AMERIFINANCIAL SOLUTIONS LLC<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 156332<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2222<br>COMMENT: |
| AMERIFINANCIAL SOLUTIONS LLC<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 156332<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7031<br>COMMENT: |
| ASHEBORO EMERGENCY PHYSICIANS<br>P O BOX 3131<br>INDIANAPOLIS, IN  46206-3131 | $0.00<br>INT: .00%<br>NAME ID: 152191<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: XAN1<br>COMMENT: |
| BULLCITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 154946<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1354<br>COMMENT: DUKE ENERGY |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| BULLCITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 154946<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 7003<br>COMMENT:  UNC PHYSICIANS |
| BULLCITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 154946<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 9058<br>COMMENT: |
| CITIBANK/SEARS<br>CITICORP SVCS/CENTRALIZED BK DEPT<br>P O BOX 790034<br>ST LOUIS, MO  63179 | $0.00<br>INT: .00%<br>NAME ID: 183573<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 7651<br>COMMENT: |
| CLERK US BANKRUPTCY COURT<br>P O BOX 26100<br>GREENSBORO, NC  27402-6100 | $350.00<br>INT: .00%<br>NAME ID: 56452<br>CLAIM #: 0051 | | (Q) COURT COST CREDITOR<br><br>ACCT:<br>COMMENT:  ADVERSARY PROCEDDING |
| COMENITY BANK<br>P O BOX 182125<br>COLUMBUS, OH  43218 | $0.00<br>INT: .00%<br>NAME ID: 141260<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0188<br>COMMENT:  GANDER MOUNTAIN |
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV  89193 | $0.00<br>INT: .00%<br>NAME ID: 44483<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1130<br>COMMENT: |
| FINANCIAL DATA SYSTEMS<br>P O BOX 688<br>WRIGHTSVILLE BEACH, NC  28480-0688 | $0.00<br>INT: .00%<br>NAME ID: 122295<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 2341<br>COMMENT:  TRIAD RADIOLOGY |
| FIRST HORIZON BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047-8945 | MONTHLY PMT  $344.39<br>INT: .00%<br>NAME ID: 180406<br>CLAIM #: 0001 | | (H) ONGOING-SECURED<br><br>ACCT: 4966<br>COMMENT:  DT RERP,CTD EFF<br>FEB21,1221TFCL,821A, |
| FIRST HORIZON BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047-8945 | $1,227.90<br>INT: .00%<br>NAME ID: 180406<br>CLAIM #: 0002 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4966<br>COMMENT:  ARR NOV20 THRU<br>JAN21,1221TFCL |
| FIRST HORIZON BANK<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL  60047-8945 | $385.17<br>INT: .00%<br>NAME ID: 180406<br>CLAIM #: 0003 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4966<br>COMMENT:  ARR THRU OCT20,1221TFCL |
| FIRST TECH FEDERAL CREDIT UNION<br>P O BOX 2100<br>BEAVERTON, OR  97075 | $17,579.22<br>INT: .00%<br>NAME ID: 155144<br>CLAIM #: 0020 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 0365<br>COMMENT:  CLASS A,1121OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,220.26<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0017 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 1130<br>COMMENT:  CREDIT ONE,CLASS A,1121OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,054.28<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0044 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9096<br>COMMENT: WALMART,CLASS A,1121OR |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $0.00<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1815<br>COMMENT: |
| MERHCANTS ACCEPTANCE CORP<br>ATT BANKRUPTCY<br>1314 AUBURN WAY N<br>AUBURN, WA  98002 | $0.00<br>INT: .00%<br>NAME ID: 183574<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6206<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,655.85<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0016 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0970<br>COMMENT: COMENITY BANK/BIG LOTS,CLASS A,1121OR |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 301030<br>LOS ANGELES, CA  90030 | $0.00<br>INT: .00%<br>NAME ID: 176926<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5954<br>COMMENT: CITIBANK |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $672.76<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0024 | (X) SPECIAL-UNSECURED<br><br>ACCT: 6723<br>COMMENT: HOME DEPOT,CLASS A,1121OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $22.11<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0046 | (X) SPECIAL-UNSECURED<br><br>ACCT: 14TX<br>COMMENT: CLASS A/B,1121OR |
| NATIONAL<br>*UNDELIVERABLE*, | $0.00<br>INT: .00%<br>NAME ID: 183576<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6604<br>COMMENT: |
| NATIONAL<br>*UNDELIVERABLE*, | $0.00<br>INT: .00%<br>NAME ID: 183576<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3811<br>COMMENT: |
| NATIONAL FINANCE COMPANY<br>900 COOKSEY DR STE D<br>THOMASVILLE, NC  27360 | $0.00<br>INT: .00%<br>NAME ID: 183577<br>CLAIM #: 0027 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1066<br>COMMENT: |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $1,545.75<br>INT: .00%<br>NAME ID: 167021<br>CLAIM #: 0050 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2106<br>COMMENT: CLASS A,1121OR |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2089<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT:  .00%<br>NAME ID: 161576<br>CLAIM #:  0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6342<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT:  .00%<br>NAME ID: 161576<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5150<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,836.89<br>INT:  .00%<br>NAME ID: 162216<br>CLAIM #:  0028 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2089<br>COMMENT:  CLASS A,1121OR |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT:  .00%<br>NAME ID: 1541<br>CLAIM #:  0049 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $1,386.67<br>INT:  .00%<br>NAME ID: 9626<br>CLAIM #:  0045 | (U) UNSECURED<br><br>ACCT: 19TX<br>COMMENT:  CLASS B,1121OR |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $6.72<br>INT:  .00%<br>NAME ID: 9626<br>CLAIM #:  0052 | (X) SPECIAL-UNSECURED<br><br>ACCT:  GAP<br>COMMENT:  CLASS A,1121OR,1121OR |
| RANDOLPH PULMONARY & SLEEP CLINIC<br>N FAYETTEVILLE STE STE 300<br>ASHEBORO, NC  27203 | $0.00<br>INT:  .00%<br>NAME ID: 183578<br>CLAIM #:  0032 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5284<br>COMMENT: |
| REGIONAL ACCEPTANCE CORP<br>1424E EAST FIRE TOWER RD<br>GREENVILLE, NC  27858 | $0.00<br>INT:  .00%<br>NAME ID: 179617<br>CLAIM #:  0033 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0301<br>COMMENT: |
| RESURGENT CAPITAL SERVICES<br>P O BOX 10497<br>GREENVILLE, SC  29603 | $0.00<br>INT:  .00%<br>NAME ID: 117521<br>CLAIM #:  0034 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1130<br>COMMENT:  CREDIT ONE |
| RESURGENT CAPITAL SERVICES<br>P O BOX 10497<br>GREENVILLE, SC  29603 | $0.00<br>INT:  .00%<br>NAME ID: 117521<br>CLAIM #:  0035 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9096<br>COMMENT:  SYNCHRONY<br>BANK/WALMART |
| SCA COLLECTIONS<br>300 E ARLINGTON BLVD STE 6-A<br>GREENVILLE, NC  27858 | $0.00<br>INT:  .00%<br>NAME ID: 119333<br>CLAIM #:  0036 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2341<br>COMMENT: |
| SPRINGLEAF FINANCIAL<br>1510 E DIXIE DR STE B<br>ASHEBORO, NC  27203 | $0.00<br>INT:  .00%<br>NAME ID: 128570<br>CLAIM #:  0037 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8762<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STERN RECOVERY SERVICES<br>*UNDELIVERABLE*, | $0.00<br>INT: .00%<br>NAME ID: 183579<br>CLAIM #: 0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: NC BAPTIST LAB MEDICALS |
| STERN RECOVERY SERVICES INC<br>415 N EDGEWORTH ST STE 210<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 154633<br>CLAIM #: 0038 | (U) UNSECURED<br>NOT FILED<br>ACCT: V3BH<br>COMMENT: |
| STERN RECOVERY SERVICES INC<br>415 N EDGEWORTH ST STE 210<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 154633<br>CLAIM #: 0039 | (U) UNSECURED<br>NOT FILED<br>ACCT: P3FS<br>COMMENT: |
| STERN RECOVERY SERVICES INC<br>415 N EDGEWORTH ST STE 210<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 154633<br>CLAIM #: 0041 | (U) UNSECURED<br>NOT FILED<br>ACCT: JX2V<br>COMMENT: GREENSBORO RADIOLOGY |
| STERN RECOVERY SERVICES INC<br>415 N EDGEWORTH ST STE 210<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 154633<br>CLAIM #: 0042 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8F8R<br>COMMENT: NORTH CAROLINA BAPTIST LAB |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | $16,462.88<br>INT: .00%<br>NAME ID: 170446<br>CLAIM #: 0048 | (U) UNSECURED<br><br>ACCT: 4350<br>COMMENT: CLASS B,1121OR |
| WAKE FOREST BAPTIST HOSPITAL<br>P O BOX 751730<br>CHARLOTTE, NC 28275 | $0.00<br>INT: .00%<br>NAME ID: 136486<br>CLAIM #: 0043 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2138<br>COMMENT: |
| WAKE FOREST BAPTIST HOSPITAL<br>P O BOX 751730<br>CHARLOTTE, NC 28275 | $0.00<br>INT: .00%<br>NAME ID: 136486<br>CLAIM #: 0047 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2139<br>COMMENT: |
| **TOTAL:** | **$50,802.85** | |
| BRETT SMITH YAUGER ESQ<br>P O BOX 637<br>CARTHAGE, NC 28327 | $4,025.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

Case 20-10817   Doc 33   Filed 12/17/21   Page 6 of 6

PAGE 6  -  CHAPTER 13 CASE NO. 20-10817

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/17/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice